**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN S. RICIGLIANO, | CASE NO. 5:13-cv-02451 EJD |
| Plaintiff(s), | **ORDER RE: COMPLIANCE WITH CIVIL LOCAL RULE 79-5(d)** |
| v. | |
| DEPUY ORTHOPEDICS, INC., et. al., | [Docket Item No(s). 12] |
| Defendant(s). / | |

Presently before the court is Plaintiff's administrative motion pursuant to Civil Local Rule 79-5(d) to file under seal certain documents previously designated as confidential by Defendants. See Docket Item No. 12.

Civil Local Rule 79-5(d) states:

> If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order and lodge the document, memorandum or other filing in accordance with this rule. If only a portion of the document, memorandum or other filing is sealable, the submitting party must also lodge with the Court a redacted version of the document, memorandum or other filing to be placed in the public record if the Court approves the requested sealing order. *Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality.* If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

1
Case No. 5:13-cv-02451 EJD
ORDER RE: COMPLIANCE WITH CIVIL LOCAL RULE 79-5(d)

1   Plaintiff's administrative motion was filed on June 11, 2013.  From that date, Defendants
2 should have filed a declaration pursuant to Civil Local Rule 79-5(d) on or before June 18, 2013.  To
3 date no such declaration has been filed.

4   Accordingly, the court extends the deadline for Defendants to file a declaration pursuant to
5 Civil Local Rule 79-5(d) until **Thursday, June 27, 2013, at 4:00 p.m.**  Defendants are notified that
6 failure to file a compliant declaration by the extended deadline will result in an order denying
7 Plaintiff's administrative motion and directing Plaintiff to file the referenced documents as part of
8 the public record - even those previously designated as confidential.

9 **IT IS SO ORDERED.**

11 Dated:  June 25, 2013



EDWARD J. DAVILA
United States District Judge

2
Case No. 5:13-cv-02451 EJD
ORDER RE: COMPLIANCE WITH CIVIL LOCAL RULE 79-5(d)